# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

NAVPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| SCHROTH, BRANDON W | HM1 | | 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards | NOB |
|---|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results | - Creates conflict, unwilling to work with others, puts self above team. <br>- Fails to understand team goals or teamwork techniques. <br>- Does not take direction well. | | - Reinforces others' efforts, meets commitments to team. <br>- Understands goals, employs good teamwork techniques. <br>- Accepts and offers team direction. | X | - Team builder, inspires cooperation and progress. <br>- Focuses goals and techniques for teams <br>- The best at accepting and offering team direction. | |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates. <br>- Fails to organize, creates problems for subordinates. <br>- Does not set or achieve goals relevant to command mission and vision. <br>- Lacks ability to cope with or tolerate stress. <br>- Inadequate communicator. <br>- Tolerates hazards or unsafe practices | | - Effectively stimulates growth/development in subordinates. <br>- Organizes successfully, implementing process improvements and efficiencies. <br>- Sets/achieves useful, realistic goals that support command mission. <br>- Performs well in stressful situations <br>- Clear, timely communicator. <br>- Ensures safety of personnel and equipment. | X | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. <br>- Superb organizer, great foresight, develops process improvements and efficiencies. <br>- Leadership achievements dramatically further command mission and vision. <br>- Perseveres through the toughest challenges and inspires others. <br>- Exceptional communicator. <br>- Makes subordinates safety-conscious, maintains top safety record. <br>- Constantly improves the personal and and professional lives of others. | |

| 40. Individual Trait Avg. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.43 | SEA DUTY/IA  OFFICER PROGRAM | HMC(FMF/AW) [signature] 16/Nov 07 <br>PETERSEN, A J, HMC(FMF/AW) |

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Deployed to Camp Bucca Iraq for IA assignment from 07AUG10 to 07NOV15.
HM1 Schroth has a strong desire to become a Physician Assistant in the Navy.
- Sought out opportunities for leadership as Team Leader, Medevac Team Echo where he led 7 HMs responsible for musters, assignments, equipment inventory, loading, and unloading patients along with preventive maintenance of all gear.
- As Workcenter Supervisor of the satellite Hem/Onc Lab, he played a key role in the synergistic relationship between the Lab and Clinic.  He consistently produced quality results for providers that were time sensitive for the patients.
- Facilitated two Petty Officer Indoctrination courses for 35 newly promoted Petty Officers in preparation for their future leadership roles and responsibilities.
- LPO for the Armed Services Blood Bank Center (ASBBC); responsible for organizing supplies, transportation, scheduling, and site setup for 11 joint service personnel.
- Active member of the 2007 Laboratory Professionals Appreciation Week Planning Committee. The committee planned and implemented multiple staff appreciation luncheons and recognition ceremonies, which improved morale and espirit de corps.
HM1 Schroth has been an integral part of completing the command's mission.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
Completed: 12 E-learning courses.  Volunteer: Washington DC, VA Medical Center (8 hrs)

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended | Recommended X |
|---|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | | |
| 46. SUMMARY | X | 3 | 0 | 48 | 51 | 26 | | |

48. Reporting Senior Address
NATNAVMEDCEN
8901 WISCONSIN AVENUE
BETHESDA MD 20889-5600

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.
[signature] SEARS, S T, CDR    Date: 2 Nov 07

50. Signature of Reporting Senior [signature]   Summary Group Average: 3.93   Date: 11 Nov 07

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ]   I do not intend to submit a statement. [X]
[signature]   Date: 16 Nov 07

52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report
Date:

NAVPERS 1616/26 (03-02)

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) SCHROTH, BRANDON W | 2. Rate HM1 | 3. Desig | 4. SSN 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 |
|---|---|---|---|
| 5. ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 00168 | 7. Ship/Station NATNAVMEDCEN BETH | 8. Promotion Status REGULAR | 9. Date Reported 06AUG08 |
| Occasion for Report: 10. Periodic [X]  11. Detachment of Individual [ ]  12. Promotion/Frocking [ ]  13. Special [ ] | | Period of Report 14. From: 07NOV16  15. To: 08NOV15 |
| 16. Not Observed Report [ ] | Type of Report 17. Regular [X]  18. Concurrent [ ] | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |
| 22. Reporting Senior (Last, Fl MI) NATHAN, M L | 23. Grade RDML | 24. Desig 2700 | 25. Title COMMANDER | 26. UIC 00168 | 27. SSN ████ |

**28. Command employment and command achievements.**
Maximize readiness. Keep the uniformed services mission-ready. Provide quality tertiary care and graduate/undergraduate education. Develop/export innovations in health care, informatics, and research. Support WRNMMC integration and transformation initiatives.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
ADVLABTECH    PRI: Point of Care Testing Work Center Supervisor-3. Assigned to IA tour in Iraq at the Theater Internment Facility Hospital as the ER LPO-8. Deployment training; POMI leave period-2. DEPLOYED: Camp BUCCA Iraq, 07SEP17-08AUG01.

| For Mid-term Counseling Use. | 30. Date Counseled 08FEB15 | 31. Counselor BUSSELL, L W | 32. Signature of Individual Counseled *(signed)* |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [X] | [ ] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [X] | [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | [ ] | - Positive leadership supports Navy's increased retention. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 36. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | [ ] | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | [ ] | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [X] | [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (03-02)

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)
RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| SCHROTH, BRANDON W | HM1 | | 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | - [ ] | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. [ ] | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. [X] | [ ] |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. [ ] | - [ ] | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [X] | [ ] |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.14 | OFFICER PROGRAMS    LPO | [signature] Date: 12DEC08 FISHER, S L, HMC (SW/AW) |

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

HM1 Schroth was deployed for 260 days during the reporting period to Camp Bucca Iraq.

- Upon his return from Iraq, HM1 Schroth volunteered to work in one of the Laboratories most challenging areas related to Point of Care testing.

- Awarded Army Commendation Medal for Task Force Bucca Mission with the 42nd Military Police Brigade.

- His accomplishments for the year are well documented on his concurrent evaluation.

The Laboratory is looking for great things from HM1 Schroth after his role as an LPO in the warzone. He is eager to help in any position in need of a leadership and wants to lead Sailors.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
COMPLETED: 40 hours of community service while on POMI leave. AWARDED: Meritorious Unit Commendation.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ]   Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address NATNAVMEDCEN 8901 WISCONSIN AVENUE BETHESDA MD 20889-5600 |
| 46. SUMMARY | [X] | 0 | 0 | 43 | 42 | 22 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against the performance standards and have provided written explanation to support the marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| [signature] SEARS, S T, CDR    Date: 8DEC08 | [signature]   Summary Group Average: 3.91    Date: 080808 |

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ]    I do not intend to submit a statement. [X]

[signature]    Date: 12/12/2008

52. Type name, grade,command, UIC, and signature of Regular Reporting Senior on Concurrent Report
Date:

NAVPERS 1616/26 (03-02)

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) SCHROTH, BRANDON W | 2. Rate HM1 | 3. Desig | 4. SSN 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 |
|---|---|---|---|
| 5. ACT [X]  TAR [ ]  INACT AT/ADSW/265 [ ] | 6. UIC 40507 | 7. Ship/Station NPDB-4 BUCCA IRAQ | 8. Promotion Status REGULAR | 9. Date Reported 07SEP17 |

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [ ] | 11. Detachment of Individual [X] | 12. Promotion/Frocking [ ] | 13. Special [ ] | 14. From: 07SEP17 | 15. To: 08AUG01 |
| 16. Not Observed Report [ ] | Type of Report 17. Regular [ ] | 18. Concurrent [X] | | 20. Physical Readiness N/XX | 21. Billet Subcategory (if any) NA |

| 22. Reporting Senior (Last, FI MI) WASHKO, C J | 23. Grade CDR | 24. Desig 1110 | 25. Title CO | 26. UIC 40507 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Forward deployed to Camp Bucca, Iraq in direct support of the Global War on Terror. Responsible for the control, accountability, and security of over 6000 high threat national security detainees in the primary Iraqi Theater Internment Facility.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
TIF ER LPO   Theater Internment Facility Hospital Emergency Room LPO-9. Provided emergency medical care, long term medical management and comprehensive ancillary support to over 22,000 detainees, 6,500 coalition military forces, third country nationals and Iraqi civilians.  (TAD from NNMC BETHESDA, MD for IA.)

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled 08FEB15 | 31. Counselor BUSSELL, L W | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application  NOB [ ] | - Marginal knowledge of rating, specialty or job.<br>- Unable to apply knowledge to solve routine problems.<br>- Fails to meet advancement/PQS requirements.  [ ] | [ ] | - Strong working knowledge of rating, specialty and job.<br>- Reliably applies knowledge to accomplish tasks.<br>- Meets advancement/PQS requirements on time.  [ ] | [ ] | - Recognized expert, sought out by all for technical knowledge.<br>- Uses knowledge to solve complex technical problems.<br>- Meets advancement/PQS requirements early/with distinction.  [X] |
| 34. QUALITY OF WORK: Standard of work; value of end product  NOB [ ] | - Needs excessive supervision.<br>- Product frequently needs rework.<br>- Wasteful of resources.  [ ] | [ ] | - Needs little supervision.<br>- Produces quality work. Few errors and resulting rework.<br>- Uses resources efficiently.  [ ] | [ ] | - Needs no supervision.<br>- Always produces exceptional work. No rework required.<br>- Maximizes resources.  [X] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community.  NOB [ ] | - Actions counter to Navy's retention/ reenlistment goals.<br>- Uninvolved with mentoring or professional development of subordinates.<br>- Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>- Demonstrates exclusionary behavior. Fails to value differences from cultural diversity.  [ ] | [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>- Actions adequately encourage/support subordinates' personal/professional growth.<br>- Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy.  [X] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths.  [ ] |
| 36. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values  NOB [ ] | - Consistently unsatisfactory appearance.<br>- Poor self-control; conduct resulting in disciplinary action.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT.  [ ] | [ ] | - Excellent personal appearance.<br>- Excellent conduct conscientiously complies with regulations.<br>- Complies with physical readiness program.<br>- Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT.  [ ] | [ ] | - Exemplary personal appearance.<br>- Model of conduct, on and off duty.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT.  [X] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work  NOB [ ] | - Needs prodding to attain qualification or finish job.<br>- Prioritizes poorly.<br>- Avoids responsibility.  [ ] | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time.<br>- Plans/prioritizes effectively.<br>- Reliable, dependable, willingly accepts responsibility.  [ ] | [X] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected.<br>- Plans/prioritizes wisely and with exceptional foresight.<br>- Seeks extra responsibility and takes on the hardest jobs.  [ ] |

NAVPERS 1616/26 (03-02)

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) SCHROTH, BRANDON W | 2. Rate HM1 | 3. Desig | 4. SSN 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 |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB □ | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. □ | □ | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. □ | □ | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams - The best at accepting and offering team direction. [X] |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB □ | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. □ | □ | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. □ | □ | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and and professional lives of others. [X] |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. 4.57 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) MSC/IPP    SPECIAL PROGRAMS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. [signature] YNC 27JUL08 BUSSELL, L W, YNC (AW/NAC) Date: |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Submitted on the occasion of Petty Officer Schroth's successful completion of an Individual Augmentation tour in Iraq conducting Detainee Operations. A Top Tier E-6!
    *** RANKED NUMBER 4 OF 20 HIGHLY COMPETITIVE FIRST CLASS PETTY OFFICERS ***
His unparalleled leadership and tireless personal commitment brought stellar results.
- Command Medical Representative.  Petty Officer Schroth supervised 11 Navy corpsmen across six different shifts between two hospital facilities.  This daunting task did not deter him from leading and mentoring his sailors with innovative and mission essential opportunities which directly resulted in the recognition of six corpsmen for superior performance.
- Expert Manager.  Managed all Navy corpsmen and Army medics.  As the shift leader in the emergency room, he supervised the treatment, patient flow and administrative responsibilities of 2,500 patients ensuring superior medical care for all beneficiaries.
- Devoted Mentor.  Organized the first NPDB-4 Blue Jacket of the Quarter board, coordinated amongst six board members and seven packages.
Petty Officer Schroth has unbounded ability and should be detailed to the most demanding billets.  He has MY STRONGEST RECOMMENDATION for advancement to CPO.  PROMOTE HIM NOW!!!

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.
Awarded:  NAM (6th Award), ICM & SOQ (2nd QTR, CY-08).  Comp:  Eight weeks of Basic Army Combat Skills and Detainee OPS COI.  Qual:  NEC 90DO & 90BC.  Vol:  BUCCA Greeter Program.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended □   Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address NPDB-4 CAMP BUCCA IRAQ APO AE  09375-1701 |
| 46. SUMMARY | | 0 | 0 | 8 | 8 | 4 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. [signature] DE LA FUENTE, J M, LCDR   Date: 09JUL08 | 50. Signature of Reporting Senior [signature] Summary Group Average: 4.20   Date: 27 July 08 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. □   I do not intend to submit a statement. [X] [signature] Date: 28JUL08 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report JEFFRIES, R R, RDML NNMC BETHESDA, 40247   Date: |

NAVPERS 1616/26 (03-02)

# MEMO

NAVPERS 1616/23
(Rev 5/97)

| FITNESS REPORT/ENLISTED EVAL MEMORANDUM ENTRY | Date: 27 August 2008 DD DOI / CC | Initial: ☐ 0-3  ☒ E-35 |
|---|---|---|
| Name: Schroth, Brandon W.. | Grade/Rate: HM1 | SSN: 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 |

PERIOD OF REPORT
FROM: 07SEP17   TO: 08AUG01

This memorandum applies to the section checked below:

☐ Change dates of report to read:    FROM:        TO:

☐ Change block        to read:

☐ Add a block        to read:

☐ This memo entry corrects continuity gap. In view of the member's status (leave, transit, inactive duty, under instruction, etc.,) during the period noted above no report for this period was prepared.

☐ This memo entry corrects continuity gap. No report for the period can be obtained.

☒ Other: Concurrent Report was accepted without the countersignature of the member's Regular Reporting Senior. If desired, once the countersignature is obtained, SNM may submit a signed copy under a cover letter to PERS-311 requesting the removal and replacement of this report.

J. A. PRICE
Branch Head
Performance Evaluations Branch
PERS-311



**DEPARTMENT OF THE NAVY**
NAVY PROVISIONAL DETAINEE BATTALION FOUR
CAMP BUCCA, IRAQ
APO AE 09375

DOI cc

IN REPLY REFER TO:
1610
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
30 Jul 08

From: Commanding Officer, Navy Provisional Detainee Battalion FOUR
To:   Commander, Navy Personnel Command (PERS-311)

Subj: EVALUATION REPORT EXTENSION

1. Identification of original report

    a. Blocks 1-4:   SCHROTH, BRANDON W, HM1, 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

    b. Blocks 14-15: 07SEP17 - 08AUG01

    c. Blocks 17-19: CONCURRENT

    d. Block 22:     WASHKO, C J

2. Extension data

    a. Blocks 14-15: Change to 07SEP17 - 08AUG13

    b. Block 52:     NNMC BETHESDA, MD

3. Point of contact is YNC(AW/NAC) Lonnie W. Bussell at DSN 318-853-1213 or e-mail, Lonnie.bussell@iraq.centcom.mil.

L. W. BUSSELL
By direction

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) SCHROTH, BRANDON W | 2. Rate HM1 | 3. | 4. SSN 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 |
|---|---|---|---|

| 5. ACT [X] | TAR | INACT | AT/ADSW/265 | 6. UIC 00168 | 7. Ship/Station NATNAVMEDCEN BETH | 8. Promotion Status REGULAR | 9. Date Reported 06AUG08 |

| Occasion for Report | 10. Periodic | 11. Detachment of Individual [X] | 12. Promotion/Frocking | 13. Special | Period of Report 14. From: 08NOV16  15. To: 09JUL02 |

| 16. Not Observed Report | Type of Report  17. Regular [X]   18. Concurrent | 20. Physical Readiness  P/WS | 21. Billet Subcategory (if any) NA |

| 22. Reporting Senior (Last, FI MI) NATHAN, M L | 23. Grade RDML | 24. Desig 2700 | 25. Title COMMANDER | 26. UIC 00168 | 27. SSN 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 |

**28. Command employment and command achievements.**
Maximize readiness. Keep the uniformed services mission-ready. Provide quality tertiary care and graduate/undergraduate education. Develop/export innovations in health care, informatics, and research. Support WRNMMC integration and transformation initiatives.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
ADVMEDLABTECH    PRI: Point of Care Testing (POCT) Technical Representative-7. Responsible for 19 inpatient and outpatient treatment areas. Monitors all testing, quality control, and maintenance records.

| For Mid-term Counseling Use. | 30. Date Counseled 09MAY15 | 31. Counselor DOOLITTLE, W P | 32. Signature of Individual Counseled |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application  NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | [X] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. |
| 34. QUALITY OF WORK: Standard of work; value of end product.  NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. | [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [X] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community.  NOB [ ] | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values.  NOB [ ] | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | [ ] | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | [X] | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work.  NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | [X] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. |

NAVPERS 1616/26 (03-02)

EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)    RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) SCHROTH, BRANDON W | 2. Rate HM1 | 3. Desig | 4. SSN 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 |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results  NOB ☐ | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well.  ☐ | ☐ | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction.  ☐ | ☒ | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction.  ☐ |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.  NOB ☐ | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices  ☐ | ☐ | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment.  ☐ | ☒ | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and and professional lives of others.  ☐ |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.  4.00 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)  DUINS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.  W. P. Doolittle HMC(SW/FMF) Date: 01 JUL 09 DOOLITTLE, W P, HMC (SW/FMF) |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Report submitted upon member's transfer to Physician Assistant School, Fort Sam Houston, Texas.
- Managed Point of Care Testing (POCT) program for 19 wards/clinics; supervised over 300 personnel conducting procedures. Provided expert oversight including record review of quality control, instrument maintenance, and patient testing. Maintained database of authorized glucometer users while actively ensuring user certifications remained current. Conducted monthly POCT site inspections and streamlined inspection routing procedures which resulted in timely notification of discrepancies. Provided 20 hours of training to over 150 personnel on the proper use and troubleshooting of Lifescan glucometer. Increased clinic and ward glucometer upload station connectivity by 60% resulting in efficient and timely uploading of quality control values and patient testing results to the centralized database.
- DRMO $15,700 in equipment which increased POCT storage space by 50%.
- Created CHCS Adhoc report which decreased record review time by 80%; directly increasing accuracy of compliance reporting.
HM1 Schroth will be a great asset to the Navy as a Physician Assistant.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
VOLUNTEER:  Grace Lutheran Food Pantry.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐    Recommended ☒ |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | ☒ | | 48. Reporting Senior Address NATNAVMEDCEN 8901 WISCONSON AVENUE BETHESDA MD 20889-5600 |
| 46. SUMMARY | ☒ | 0 | 0 | 0 | 0 | 1 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.  SEARS, S T, CDR    Date: | 50. Signature of Reporting Senior [signature] Summary Group Average: 4.00    Date: 29 Jun 09 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. ☐    I do not intend to submit a statement. ☒ [signature]    Date: 01 Jul 09 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report  Date: |

NAVPERS 1616/26 (03-02)

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| Field | Value |
|---|---|
| 1. Name (Last, First MI Suffix) | SCHROTH, BRANDON W |
| 2. Rate | HM1 |
| 3. Desig | |
| 4. SSN | 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 |
| 5. ACT / TAR / INACT / AT/ADSW/265 | ACT: X |
| 6. UIC | 41621 |
| 7. Ship/Station | NAVMEDTRACEN FSH |
| 8. Promotion Status | REGULAR |
| 9. Date Reported | 09AUG07 |
| Occasion for Report | 11. Detachment of Individual: X |
| 14. From | 09JUL03 |
| 15. To | 10AUG20 |
| 16. Not Observed Report | X |
| 17. Type of Report: Regular | X |
| 20. Physical Readiness | BP |
| 21. Billet Subcategory | NA |
| 22. Reporting Senior | SWATZELL, E A |
| 23. Grade | CAPT |
| 24. Desig | 2900 |
| 25. Title | DIRECTOR |
| 26. UIC | 41620 |

**28. Command employment and command achievements.**
To provide leadership and support while enhancing professional development for assigned Navy personnel to meet the Navy-Marine Corps Mission.

**29. Primary/Collateral/Watchstanding duties.**
STUDENT  PRI: Student, Interservice Physician Assistant Program-12.
LV/TT: 09JUL03-09AUG06.  PFA: 09-2/10-1.

**For Mid-term Counseling Use.**
30. Date Counseled: NOT REQ
31. Counselor:
32. Signature of Individual Counseled:

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE — NOB | Marginal knowledge of rating, specialty or job. Unable to apply knowledge to solve routine problems. Fails to meet advancement/PQS requirements. | - | Strong working knowledge of rating, specialty and job. Reliably applies knowledge to accomplish tasks. Meets advancement/PQS requirements on time. | - | Recognized expert, sought out by all for technical knowledge. Uses knowledge to solve complex technical problems. Meets advancement/PQS requirements early/with distinction. |
| 34. QUALITY OF WORK — NOB | Needs excessive supervision. Product frequently needs rework. Wasteful of resources. | - | Needs little supervision. Produces quality work. Few errors and resulting rework. Uses resources efficiently. | - | Needs no supervision. Always produces exceptional work. No rework required. Maximizes resources. |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY — NOB | Actions counter to Navy's retention/reenlistment goals. Uninvolved with mentoring or professional development of subordinates. Actions counter to good order and discipline and negatively affect Command/Organizational climate. Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | - | Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. Actions adequately encourage/support subordinates' personal/professional growth. Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | - | Measurably contributes to Navy's increased retention and reduced attrition objectives. Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/CHARACTER — NOB | Consistently unsatisfactory appearance. Poor self-control; conduct resulting in disciplinary action. Unable to meet one or more physical readiness standards. Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | Excellent personal appearance. Excellent conduct conscientiously complies with regulations. Complies with physical readiness program. Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | Exemplary personal appearance. Model of conduct, on and off duty. A leader in physical readiness. Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/INITIATIVE — NOB | Needs prodding to attain qualification or finish job. Prioritizes poorly. Avoids responsibility. | - | Productive and motivated. Completes tasks and qualifications fully and on time. Plans/prioritizes effectively. Reliable, dependable, willingly accepts responsibility. | - | Energetic self-starter. Completes tasks or qualifications early, far better than expected. Plans/prioritizes wisely and with exceptional foresight. Seeks extra responsibility and takes on the hardest jobs. |

NAVPERS 1616/26 (03-02)

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) SCHROTH, BRANDON W | 2. Rate HM1 | 3. Desig | 4. SSN 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 |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results NOB | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. | - | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction. | - | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams.<br>- The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. | | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | - | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. *[signed]* Clyde A. Halcomb  Date: 19AUG10  HALCOMB, C A, HMC (FMF) |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Report submitted on the occasion of successful completion of 100 semester hours of Phase 1 didactic training at the Interservice Physician Assistance Program and transfer to SWMI San Diego for Phase 2 clincial training.

-Received Bachelor of Science degree from the University of Nebraska Medical Center.

-IPAP Phase 1 GPA is 88.28%.

-Participated in community service efforts such as Faith Family Clinic Cleanup Day, helping to set up a non-profit clinic, and Habitat for Humanity Project, erecting a home for a family in need.

-PFA: 09-2 - Member onboard less than 10 weeks.

-PFA: 10-1 - Excellent Low.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ]   Recommended [ ] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | X | | | | | | 48. Reporting Senior Address DIRECTOR OF TRAINING SUPPORT 2931 HARNEY PATH FORT SAM HOUSTON, TX 78234 |
| 46. SUMMARY | ⊠ | | | | | | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks 1.0 and 5.0. *[signed]*  Date: 19AUG10  PERRY, R W, LCDR | 50. Signature of Reporting Senior *[signed]* Elizabeth Dexter  Date: 19AUG10  Summary Group Average: |
|---|---|
| 51. Signature of Individual Evaluated. I have seen this report, been apprised of my performance, and understand my right to submit a statement.  I intend to submit a statement. [ ]   I do not intend to submit a statement. [X]  *[signed]* Brandon W Schroth  Date: 19 Aug 2010 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report  Date: |

NAVPERS 1616/26 (03-02)

*OFFICIAL RECORD COPY*

# EVALUATION REPORT & COUNSELING RECORD   (E1 - E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) SCHROTH, BRANDON W | 2. Rate HM1 | 3. Desig | 4. SSN -0153 |
|---|---|---|---|
| 5. ACT [X]  FTS [ ]  INACT [ ]  AT/ADSW/265 [ ] | 6. UIC 41758 | 7. Ship/Station SWMI SAN DIEGO CA | 8. Promotion Status REGULAR | 9. Date Reported 10AUG27 |

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [ ] | 11. Detachment of Individual [ ] | 12. Promotion/Frocking [ ] | 13. Special [X] | 14. From: 10AUG21 | 15. To: 11OCT06 |
| 16. Not Observed Report [X] | 17. Type of Report Regular [ ] | 18. Concurrent [ ] | | 20. Physical Readiness PP | 21. Billet Subcategory (if any) STUDENT |

| 22. Reporting Senior (Last, FI MI) GROSS, J E | 23. Grade CDR | 24. Desig 2300 | 25. Title DIRECTOR | 26. UIC 31380 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**

To deliver the right personnel, at the right time, with the right skills, at the best value, supporting the multiple missions of Navy Medicine.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)

STUDENT

Student, Interservice Physician Assistant Program Phase II (B-300-0032) (53 weeks). PFA: 10-2/11-1; LV/TT:10AUG21-10AUG26.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, and sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [X] | - Marginal knowledge of rating, specialty or job.<br>- Unable to apply knowledge to solve routine problems.<br>- Fails to meet advancement/PQS requirements. | | - Strong working knowledge of rating, specialty and job.<br>- Reliably applies knowledge to accomplish tasks.<br>- Meets advancement/PQS requirements on time. | | - Recognized expert, sought out by all for technical knowledge.<br>- Uses knowledge to solve complex technical problems.<br>- Meets advancement/PQS requirements early/with distinction. |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [X] | - Needs excessive supervision.<br>- Product frequently needs rework.<br>- Wasteful of resources. | | - Needs little supervision.<br>- Produces quality work. Few errors and resulting rework.<br>- Uses resources efficiently. | | - Needs no supervision.<br>- Always produces exceptional work. No rework required.<br>- Maximizes resources. |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [X] | - Actions counter to Navy's retention/reenlistment goals.<br>- Uninvolved with mentoring or professional development of subordinates.<br>- Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>- Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>- Actions adequately encourage/support subordinates' personal/professional growth.<br>- Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [X] | - Consistently unsatisfactory appearance.<br>- Poor self-control; conduct resulting in disciplinary action.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance.<br>- Excellent conduct, conscientiously complies with regulations.<br>- Complies with physical readiness program.<br>- Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Exemplary personal appearance.<br>- Model of conduct, on and off duty.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISH- MENT/ INITIATIVE: Responsibility, quantity of work. NOB [X] | - Needs prodding to attain qualification or finish job.<br>- Prioritizes poorly.<br>- Avoids responsibility. | | - Productive and motivated. Completes tasks and qualifications fully and on time.<br>- Plans/prioritizes effectively.<br>- Reliable, dependable, willingly accepts responsibility. | | - Energetic self-starter. Completes tasks or qualifications early, far better than expected.<br>- Plans/prioritizes wisely and with exceptional foresight.<br>- Seeks extra responsibility and takes on the hardest jobs. |

NAVPERS 1616/26 (Rev. 8-10)     FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| SCHROTH, BRANDON W | HM1 | | -0153 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB ☐ | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. ☐ | ☐ | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction. ☐ | ☐ | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams.<br>- The best at accepting and offering team direction. ☐ |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB ☐ | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. ☐ | ☐ | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. ☐ | ☐ | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. ☐ |

| 40. Individual Trait Avg. Total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific.) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks of 1.0 and 5.0. |
|---|---|---|
| 0.00 | | GROSS, J E, CDR    Date: 10/2/11 |

43. COMMENTS ON PERFORMANCE. *All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

Special report submitted on the occasion of successful completion of Phase II of the
Interservice Physician Assistant Program and commissioning in the Medical Service Corps.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended | Recommended |
|---|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | X | | | | | | | ☒ |
| 46. SUMMARY | ☒ | | | | | | | |

48. Reporting Senior Address
SWMI
34101 FARENHOLT AVENUE
SAN DIEGO, CA 92134

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support marks of 1.0 and 5.0.
GROSS, J E, CDR    Date: 10/2/11

50. Signature of Reporting Senior

Summary Group Average: 0.00    Date:

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. ☐    I do not intend to submit a statement. ☒
[signature]    Date: 20111004

52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1616/26 (Rev. 8-10)    FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE    2

# FITNESS REPORT & COUNSELING RECORD   (W2 - O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) SCHROTH, BRANDON W | 2. Grade/Rate LTJG | 3. Desig 2300 | 4. SSN -0153 |
|---|---|---|---|

| 5. ACT [X] | FTS [ ] | INACT [ ] | AT/ADSW/265 [ ] | 6. UIC 41758 | 7. Ship/Station SWMI SAN DIEGO CA | 8. Promotion Status REGULAR | 9. Date Reported 10AUG27 |

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [ ] | 11. Detachment of Individual [ ] | 12. Detachment of Reporting Senior [X] | 13. Special [ ] | 14. From: 11OCT07 | 15. To: 11OCT07 |

| 16. Not Observed Report [X] | Type of Report 17. Regular [ ] | 18. Concurrent [ ] | 19. Ops Cdr [ ] | 20. Physical Readiness N | 21. Billet Subcategory (if any) NA |

| 22. Reporting Senior (Last, FI MI) GROSS, J E | 23. Grade CDR | 24. Desig 2300 | 25. Title DIRECTOR | 26. UIC 31380 | 27. SSN |

**28. Command employment and command achievements.**
To deliver the right personnel, at the right time, with the right skills, at the best value, supporting the multiple missions of Navy Medicine.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
PHYSICIAN ASST
Graduate Student, Physician Assistant Program.

| For Mid-term Counseling Use. | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge, proficiency, and qualifications. NOB [X] | - Lacks basic professional knowledge to perform effectively.<br>- Cannot apply basic skills.<br>- Fails to develop professionally or achieve timely qualifications. | | - Has thorough professional knowledge.<br>- Competently performs both routine and new tasks.<br>- Steadily improves skills, achieves timely qualifications. | | - Recognized expert, sought after to solve difficult problems.<br>- Exceptionally skilled, develops and executes innovative ideas.<br>- Achieves early/highly advanced qualifications. |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [X] | - Actions counter to Navy's retention/reenlistment goals.<br>- Uninvolved with mentoring or professional development of subordinates.<br>- Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>- Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>- Actions adequately encourage/support subordinates' personal/professional growth.<br>- Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [X] | - Consistently unsatisfactory appearance.<br>- Unsatisfactory demeanor or conduct.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance.<br>- Excellent demeanor or conduct.<br>- Complies with physical readiness program.<br>- Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Exemplary personal appearance.<br>- Exemplary representative of Navy.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [X] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. | | - Reinforces others' efforts, meets personal commitments to team.<br>- Understands team goals, employs good teamwork techniques.<br>- Accepts and offers team direction. | | - Team builder, inspires cooperation and progress.<br>- Talented mentor, focuses goals and techniques for team.<br>- The best at accepting and offering team direction. |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [X] | - Lacks initiative.<br>- Unable to plan or prioritize.<br>- Does not maintain readiness.<br>- Fails to get the job done. | | - Takes initiative to meet goals.<br>- Plans/prioritizes effectively.<br>- Maintains high state of readiness.<br>- Always gets the job done. | | - Develops innovative ways to accomplish mission.<br>- Plans/prioritizes with exceptional skill and foresight.<br>- Maintains superior readiness, even with limited resources.<br>- Gets jobs done earlier and far better than expected. |

NAVPERS 1610/2 (Rev. 8-10)   FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD   (W2 - O6)   (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| SCHROTH, BRANDON W | LTJG | 2300 | -0153 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. | | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |
| NOB ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. | - Has difficulty attaining qualifications expected for rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. | | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. | | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. |
| NOB ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

41. COMMENTS ON PERFORMANCE. * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

```
Report submitted on the occasion of newly commissioned officer's transfer to USS
Ronald Reagan (CVN-76), San Diego, California.
```

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | X | | | | | | SWMI<br>34101 FARENHOLT AVENUE<br>SAN DIEGO, CA 92134 |
| 43. SUMMARY | X | | | | | | |

45. Signature of Reporting Senior  Date: 9/22/11

46. Signature of individual evaluated. *I have seen this report, been apprised of my performance, and understand my right to make a statement. Submit a statement ☐  Do not intend to submit a statement ☒

Date: 23 Sep 2011

Member Trait Average: NOB   Summary Group Average: 0.00

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1610/2 (Rev. 8-10)   FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE