May 29, 2013

The Honorable Judge Hayes, United States District Judge
c/o Ricardo Nicol III, Attorney at Law
1633 East 4th Street, Suite 102
Santa Ana, CA 92701

Dear Judge Hayes;

My name is Alta Johnson and I am Brandon Schroth's Mother. Brandon has always been a very caring person. As a child, he was seldom in trouble, other than the normal sibling rivalry. From the time Brandon was 14, he wanted to be in the Medical Field. He volunteered at Porter Hospital in Denver, in the emergency room every Friday night until his graduation. Before graduating from High School, he enlisted in the United States Navy. Upon completion of basic training, he married his high school sweetheart. They were married for 14 years. Upon learning that he could not father children, the marriage fell apart. After his divorce he was deployed to Iraq for 8 months and when he returned, he didn't want to talk about Iraq. He was then accepted into the PA Program with the Army and for 2 years that was his life. When he graduated and was commissioned, he flew my husband and me from Ohio to California first class to witness his graduation. He could have bought a new car, but he said having his parents at his graduation was more important than possessions.

Whenever Brandon would come to visit, he was always helping around the house, fixing things, helping our neighbors, who are elderly. My husband was diagnosed with dementia in 2009 and when Brandon was here, he would take him for rides around the area, reminiscing about my husband's childhood.

Brandon has always been a very productive member of society. He has volunteered at Habitat for Humanity while stationed in Texas and on numerous occasions helped at our Church with the Food Pantry. He has outstanding awards and excellent reports from his Military career and when we were at his Commissioning, everyone told us how they would not have been able to make it through without Brandon. It is unfortunate that those same men and women are afraid of losing their military jobs if they stand up for Brandon.

Brandon has made a huge mistake. This was way out of character for him and he is not the monster portrayed on the internet or in the paper. He has taken responsibility for his actions and is anxious to prove that he can again be productive. Brandon has a home with us whenever he is free. He has a strong support system with our Church members, my husband's family, and our other son and of course us. We live in a condominium community in a village of 4,000 people. We beg the court to be lenient and place Brandon where we can visit often and he can get counseling to help him through this nightmare. Thank you for this consideration.
Sincerely,
Alta & Gary Johnson
124 Claybrook Drive
East Palestine, OH 44413

May 27, 2013

The Honorable Judge Hayes, United States District Judge
c/o Ricardo Nicol III, Attorney at Law
1633 East 4th Street, Suite 102
Santa Ana, CA 92701

Dear Judge Hayes;

My name is Jeff Rogue, I am the younger brother of Brandon Schroth. We may not have been the closest of siblings when we were younger, but as we have both grown older, we have become closer as brothers and friends. I could always tell my big brother anything, and he'd give me the advice that I needed. He was always there when I needed him, including the worst time of my life when my husband of 15 years passed away. He dropped everything to be by my side and help me through it. He even paid the airfare for my in-laws to attend their son's funeral.

Brandon has always been a thoughtful and giving person. I can remember driving behind him on a toll road, and when we reached the toll booth, he would give the attendant $100 and just tell them to keep paying for people behind him until it was gone. He never asked for or expected anything in return.

My brother has always been a productive member of society and will continue to the same during and after this case. He always put his whole being into whatever he wanted to do and made it a success. Brandon did this, probably to a fault, and did pay some consequences, like the time the young girl died in his arms, badly burned, when he was stationed in Iraq. That even truly hurt Brandon, but we never knew how deeply.

The recent events in Brandon's past are very out of character for him. I was surprised at the charges, because Brandon never harmed any children, and would spend time with my godson's family and never once made any inappropriate comments or anything. He was, and is in my heart, a very upstanding man and someone I have always looked up to, even though he may not know it. I see that Brandon has learned that he needs help to combat whatever it is that has caused this situation. I know he can if given the chance and support. He was taking this step on his own before his arrest. Unfortunately, it was too late to prevent what had happened.

I know that what my brother has been charged with has been demonized in this country, but my brother is not the demon that charges like this make people out to be. He made mistakes and he takes responsibility for his actions, as has always been his character. I ask the court to be lenient in sentencing, and to consider placing Brandon in a facility that we can visit regularly.

Sincerely,
Jeff Rogue
122 Claybrook Drive
East Palestine, OH 44413

The Honorable Judge Hayes
United States District Judge
c/o Ricardo Nicol III,
Attorney at Law
1633 East 4th Street, Suite 102
Santa Ana, CA 92701

May 30, 2013

To The Honorable Judge Hayes

    I am Joshua Ferraro, Brandon Schroth's uncle by marriage. I am a retired educator and have known Brandon for 32 years, since he was 7 years old. During that time I got to know Brandon by socializing with his parents, Gary and Alta Johnson, at their home and at family get-togethers.

    Brandon always appeared inquisitive and bright with seemingly boundless energy. As I watched him grow up he proved this in his academic abilities. Brandon always exhibited thoughtfulness and consideration towards his relatives and his peers.

    After Brandon's incarceration, his family was unable to retrieve his belongings due to his step father's dementia. My wife and I did them the favor of retrieving his belongings, which included a backpack full commendations, service reviews, and other awards and accolades that Brandon had earned while serving his country. As I read through these items, each citation and review sang of his leadership and ability to serve others in a medical role. All of these demonstrated his hard working ability and loyalty and showed great career promise.

    In consistently writing to Brandon, he has shown remorse for his actions and I feel has realized the error of his ways. Certainly these are horrific charges and mistakes that he has made, I however, feel with strict supervision, and rehabilitation, Brandon could get retrained in another field to benefit society.

    In closing, I hope you will take this character letter of Brandon Schroth into consideration as you ponder his sentencing.

Sincerely,

Joshua Ferraro
6070 Lewis Street
Arvada CO 80004
303-257-2722

The Honorable Judge Hayes
United States District Judge
c/o Ricardo Nicol III.
Attorney at Law
1633 East 4th Street, Suite 102
Santa Ana, CA  92701

To The Honorable Judge Hayes,

My name is Glenda Leigh Ferraro; I am the Director of Education / Youth / Family Ministries at King of Glory Lutheran Church in Arvada CO.  I am Brandon Schroth's aunt and have known him all of his life.  I have watched Brandon grow up into a young man who was very eager, honored and proud to be serving his country through the United States Navy.  I was in Brandon's life during his high school years, while his family lived in Littleton Colorado.

During Brandon's high school years, I witnessed his strong academic ethics, which brought him to a successful graduation.  I also watched Brandon deal with his brother Jeffery, who openly admitted he was gay while in high school.  I watched as Brandon protected his brother, stood up for his brother and was by his side all through their high school career together.  Brandon showed unconditional love and understanding towards his brother, and helped the rest of his family come through the difficult times together.

My husband and I asked Brandon to be our youngest son's God Father, to which he was very proud to do and was always there for our son Andrew.  There wasn't a Birthday that Brandon missed for all three of our children, my birthday, my husband's birthday as well as our anniversary and Christmas.  Brandon always kept in contact through email while he was in the service.  When he was in town, my husband and I always gathered the extended family together so we could all be together to see Brandon and to visit with him.

Brandon's role in our family and in our extended family is a very important one.  We are all proud of his accomplishments that he has made through the Navy and we could see that he took his responsibility very seriously.  Brandon had his heart set on becoming a Physician's Assistant and he never gave up trying until he was finally accepted into the program through the United States Navy.  When he graduated from the program, all of his family couldn't have been more proud, and I knew he would make a great PA.  He had a very loving and caring bedside manner and he took what he had signed on for very seriously.

After the initial investigation on Brandon and before he was officially arrested, Brandon and I talked and texted daily. He shared his concerns as to what was going to happen and he felt a huge amount of remorse for what he had done and what his crimes would do to his family. While Brandon and I never talked in detail regarding what he was being investigated for and eventually arrested and charged for, he knew that I loved him unconditionally no matter what. I told him every time we talked that God had a plan for him and that Brandon needed to hold onto that belief.

My husband and I came out to San Diego to pick up his belongings shortly after he had been arrested and we came across his military backpack that was and still is packed with nothing but glowing letters of recommendations, accolades, awards and high marked reviews. That tells me that Brandon was respected in his naval career; he took it very seriously and was very successful at what he was striving for.

While we were in San Diego we visited Brandon every day at the GEO facility. Brandon showed a great deal of remorse, regret and shame for the crimes he had committed. His main worry and concern was always for me, my husband, his parents and his brother. He worried about each of us greatly. This to me shows that Brandon was and is a good person. He was raised in a loving home and environment, especially once my sister divorced Brandon's biological father. Brandon's step father accepted both Brandon and Jeffery as his own sons and they accepted him as their true father and role model.

While I believe Brandon made very horrific and unconscionable crimes against young children, I also believe that Brandon has the strength to right his wrongs and once he is released from prison can and will be a positive contribution to society. I believe Brandon will be the person to help those who have committed the same kind of crimes heal, and make a better life for themselves in society as well.

In writing to Brandon, I know he has accepted his guilt, I know he is ready to accept his sentencing. I hope that you will take into consideration the time and years that Brandon invested in the Navy to serve and support our country with such high honors and see that is the real Brandon Schroth. He made some horrible mistakes, ones he is willing to take his punishment for, however I do feel that Brandon can be rehabilitated and with strict supervision, can live in a community, and be of service to those around him in a positive and law abiding way.

I will end this letter with the fact that I do believe that God does have a plan for Brandon, and I do believe that the plan does not entail Brandon spending the rest of his life in prison. Society

would truly be missing out on a great person, who has very kind and gentle heart, who loves mankind, always looked out for the underdog and took whatever situation he was in and made the best of it. Taking the crimes out of his life, (which in reality I know is not possible) Brandon is a very upstanding citizen and would be making a very good career for himself in the Navy as a PA, doing what he has always wanted to do and loved; it was his true calling and passion. I hope that his 20 years of doing right certainly has something to say regarding his time spent in prison.

As you can imagine this has been a very difficult time for myself and the rest of Brandon's family. I know you do not know Brandon like I know Brandon and you have not watched Brandon grow up and achieve the accomplishments that he has achieved. This whole situation breaks my heart, and I in no way condone his crimes, diminish what he has done to the victims of these crimes, I think about them and pray for them every day. None of what he is charged for can be nor should it be taken out of the picture, I only ask that you look at all of Brandon, who clearly needs help and not just the criminal Brandon.

My husband and I plan on being at the sentencing date, scheduled for June 27, 2013 at 1:30 PM. Beings that we need to make flight arrangements, and I need to take time off from work, if this date should be moved I would appreciate being notified so I can make the changes to our flight. Thank you for your time.

Sincerely,


Glenda L. Ferraro
6070 Lewis Street
Arvada CO  80004
720-235-9496  Cell
303-421-9930  Work

June 5, 2013

The Honorable Judge Hayes
United States District Judge
c/o Ricardo Nicol III
Attorney at Law
1633 East 4th Street, Suite 102
Santa Ana, CA 92701

Dear Honorable Judge Hayes,

My name is Glenn Nelson. I am 52 years old, single with no children and work in information technology computer support by trade. I am also a second cousin to Brandon Schroth. I have known Brandon his entire life and probably best when we were younger. We have kept in touch occasionally through email, greeting cards and personal visits together.

I have always known Brandon to be an intelligent, outgoing, likeable, gentle soul who is eager to help whenever and wherever he could. These qualities earned him much love and respect from the entire family and extended to his peers in the US Navy as well. I have personally met some of his colleagues and one of his commanding officers, all of whom could not say enough good things about Brandon and his work ethic. It was obvious they were glad to have him, and he has a duffel bag full of awards to show for it. If the opportunity were presented, I believe he could and would contribute greatly to society with his personality and training.

I was stunned beyond words to hear of his arrest on my late night television news. The charges against him were so far out of character for the Brandon I have known and loved since childhood that I thought there must be some tragic mistake. I understand that he has now admitted guilt and like everyone else, he should be held accountable for his actions and the choices he has made.

Clearly some poor choices and actions have occurred. However, as a whole person I believe that Brandon is not beyond rehabilitation. With quality psychological treatment and counseling in an environment where he feels safe, he would have the opportunity to show he has learned from this experience, has changed as a result and could then move on with his life.

What I also believe would be optimal, is that he be allowed to serve any sentence he receives at a prison facility in Ohio, where the rest of his immediate family lives. This would allow his mother, step-father and brother the opportunity to see him more frequently and participate in his life.

I write this letter on Brandon's behalf with no motivation other than to do what is best for him and to "do the right thing" by him as a person who has stumbled in his life journey.

Respectfully,

*Glenn Nelson*

Glenn Nelson
Cousin to Brandon Schroth

May 22, 2013

The Honorable Judge Hayes
United States District Judge
c/o Ricardo Nicol III, Attorney at Law
1633 East 4th Street, Suite 102
Santa Ana, CA 92701

Dear Honorable Judge Hayes,

My name is Carmen Nelson, I am 51 years old, single with no children and I am an accountant by trade. I am also a second cousin to Brandon Schroth and have known him his entire life. I knew him best while he was younger and under the authority of his parents, however we have remained in reasonably frequent communication (email, mail, Facebook and personal visits) through the years as he moved on with his life and Naval career.

Brandon has always had a tender heart and has been loved and well respected by our entire family. He wrote many Facebook posts while he was stationed overseas with the US Navy and shared many of his experiences with us. He has always been thoughtful with sending me personal birthday, Christmas and other holiday greetings; he was also very supportive of me while I went through a journey with cancer a few years ago and has always shown genuine affection for me and everyone else in our family. Based on what I saw posted when he had a Facebook page, I believe that he was also well liked and respected by his peers in the Navy and elsewhere. Brandon has always shown a great deal of intelligence and a strong work ethic. I believe he would be able to contribute greatly to society if given the opportunity to do so because of his intelligence, medical training and kind heart

With regard to the charges against him, I was beyond stunned when I first heard about it. It was NOT characteristic of the Brandon I have known and loved. In all honesty, I cannot predict his actions for the future and do not personally have a solid perspective with which to judge his state of mind at this point as my communication with him has been minimal - which is completely my fault for not having the time to write him more and is no reflection on his willingness to share his thoughts and emotions with me. I do know that certain circumstances he might face in prison could be highly detrimental to his overall well being (i.e. isolation) because he is a very friendly, social person who is highly intelligent and very likable.

I am very conflicted regarding his future as I have not yet come to a personal conclusion on it. I love Brandon deeply and only want what is best for him. Clearly, what is best is a situation where he can succeed without fearing for his safety whether that is in a prison or public societal setting. I don't want him put into a no-win situation nor a situation where he, or others, may be hurt or feel unsafe. It is my opinion that Brandon has learned a great deal through this experience, if for no other reason, because it has kept him separated from those he loves most - his family. It has given him time to renew his belief in and relationship with God and from what he has communicated to me, he has reflected significantly on his life and circumstances. He has never admitted guilt or innocence to me and regardless of either, he is my family and I love him and will support whatever is best for him even if it is not what he would want.

I realize he has admitted guilt and, although I don't know to what extent nor do I need to know, I want him to receive quality psychological treatment and I believe he should be held accountable for his choices and actions. I believe, too, that Brandon may be a victim of his genes to an extent as his biological father had sexually perverse ideas as well (at least that is what I have been told by other family members). Given that we can inherit so many tendencies from our genes and DNA, I have to believe that Brandon has also inherited that potential and would be greatly served (as would society) by receiving counseling and treatment for this. I don't believe that Brandon is beyond rehabilitation and I am not one to "throw the baby out with the bath water" so giving him a chance to prove this and contribute to whichever society in which he finds himself, would be optimal. I am sure it is preferable that he be allowed to serve any

sentence he receives at a prison in Ohio since that is where his mother, step-father and brother all live. This would allow him to serve his time yet also allow his family the opportunity to see him much more frequently, reducing their sentence to that of his own.

I write this letter on Brandon's behalf with no motivation other than to get Brandon the help he needs and to give him the support he deserves as a human being. His choices and actions were admittedly and undeniably bad, but he – as a whole being – is not and he deserves a chance to prove that. It is my opinion that he should be held accountable for his actions, as we all should be, and I do not write with the intention of obtaining a "pass" for him. I simply want to do the right thing by and for him and I do believe that he should be allowed to serve his sentence in a facility where his family can still participate in and contribute to his life.

Respectfully,

*Carmen Nelson*

Carmen Nelson
Cousin to Brandon Schroth

June 5, 2013

5445 South Lowell Blvd.
Littleton, CO 80123

The Honorable Judge Hayes
United States District Judge
C/o Ricardo Nicol III, Attorney at Law
1633 East 4th Street, Suite 102
Santa Ana, CA 92701

<u>Mr. Brandon Schroth - #32365298</u>

Honorable Judge Hayes,

I am Brandon's aunt. I am an Executive Assistant to two Vice Presidents with the same Corporation for 33 years.

It is with a heavy heart that I write this letter. I am writing this letter out of respect for my nephew Brandon Schroth. I have known Brandon for 40 years. He has always been an upstanding person. As a young child he played with my children and we celebrated birthdays and holidays together. Brandon always showed emotion during the sad times and was such a happy child. He was always thinking of others and showed the utmost kindness and care for our family

I was shocked to find out about the charges against Brandon. This is completely out of character for him. He has always shown such compassion for people. He volunteered with the Rangers while in High School. He worked in the emergency room at Porters Hospital here in Denver for two years keeping people alive. All he ever wanted was to be a Dr. Assistant and studied and took the test to make the grade. He was so happy and proud when he was received into the program. He always was looking out for others.

The last time I saw Brandon was at my son's house probably 4 years ago or more as he was passing through Denver and we had a family get together. I don't know all the details of his crime nor do I want to. I know he has asked for God's forgiveness and for mine. I know he tells me that he is sorry and I know that he is. I also know that he must pay for his crime as does he. I only hope that he will someday be allowed out of prison so I might see him one more time. I feel bad that this happened and my heart grieves for those it affected and for the position Brandon has put himself in and the sadness for his family mostly his mother, my sister. He gave up a great career for a stupid and senseless act. It is still hard for me to believe this is actually happening.

I believe that he regrets what has happened. I have told him he needs to repent but he also must forgive himself. I know he would be a responsible citizen if released. If he must serve time I only hope that he is able to help others while serving time as this is what he has done best most of his life.

This letter is very difficult for me to write as I still cannot understand what happened to this wonderful loving person. I love him and will pray for the best for him. Sometimes I reminisce and look at pictures when he was growing up as I just cannot understand what happened.

I hope the court will find some mercy on this man despite his crime.

Respectfully,

*Sonja Berry*

Mrs. Sonja Berry

**Grace Evangelical Lutheran Church**
Corner of Grant & Walnut Streets • P.O. Box 25
East Palestine, Ohio  44413
330 / 426-2256



The Honorable Judge Hayes

United States District Judge

c/o Ricardo Nicol III
Attorney at Law
1633 East 4th St., Suite 102
Santa Ana, CA 92701

24 May 2013

Dear Judge Hayes,

My name is Donald J. Pentz. I have been a pastor of the Lutheran Church (E.L.C.A.) since May 22, 1960. I have been the pastor of Grace Lutheran Church, East Palestine, Ohio since November 1999.

I am writing on behalf of Brandon Schroth whom I have known since 2008 when his parents and brother joined this congregation. Whenever Brandon was home, he attended worship with his family. He joined this congregation June 27, 2010, so I have been his pastor since that date. Whenever he was home, he not only worshipped with us but we had frequent conversations and he helped with projects here at the church, especially the Food Pantry. Since he joined the congregation we have written to each other about once a month. I think I know Brandon very well and I consider him to be a good friend. We pray daily for each other. Brandon is a very thoughtful person and shows kindness and caring in his relationship with others. He has a close relationship with his friends and family.

I judge Brandon to be a productive member of society and I certainly feel he will continue to be a productive member of society after this case is over.

I believe that this offense is out of character for Brandon. In my conversations and correspondence with Brandon I believe it is unlikely he will violate the law in the future. He is deeply sorry for what he has done and wants to make a new start in his life.

Brandon is a hard worker. His record in the military service and his medical studies proves that and also indicates he has been a loyal employee and he shows career promise.

This experience, in my judgment, has taught Brandon important lessons and has reinforced deeply held ideals he has practiced his whole life.

I firmly believe Brandon has a basically good character. I have seen his concern and caring for his family and other people. He wants to help people and is anxious and willing to devote his time and talent to do so.

In my 53 years as a pastor, I have observed that none of us are perfect. We all make mistakes. When we are sorry for our mistakes we usually learn important lessons that help us to be better persons and enrich our lives. I see this happening in Brandon's life.

Sincerely,
Donald J. Pentz, Pastor  (Donald J. Pentz, Pastor)

*Peace be with you. As the Father sent me, I am sending you.*

2761 - 5th Avenue; apt. #4
San Diego, California 92103
May 30, 2013

Re: Brandon Schroth

Honorable Judge William Hayes
Federal District Court
880 Front Street
San Diego, California 92101

Dear Honorable Judge Hayes,

I write this letter on behalf of Brandon Schroth.

I have known Brandon since 1986. We first met during his time as a member of the United States Navy and I, a volunteer at the Naval Hospital in San Diego.

It was there and in subsequent years that I was able to observe Brandon's personal characteristics and attributes. His well developed skills in interpersonal relationships include a cooperative nature

Page 2.

and a sympathetic understanding of other peoples problems.

Brandon can be aptly described as a conscientious and hard working individul.

I found Brandon to be friendly, courteous, respectful, responsible and trustworthy ... always using tact and good judgement.

Brandon was a man of integrity and had displayed a high degree of loyality; a caring human being who was willing to assist other people very generously, with no personal gain expected.

It has been a pleasure to have known Brandon as both a co-worker and friend.

Brandon is remorseful of his crime. Through his verbal and written communications to his parents, relatives and myself, he has indicated an

Page 3.

understanding of the serious nature of his offense. He is ready to move forward with his punishment; whether it will be in form of a prison sentence or a probationary period.

Whether or not Brandon is a victim of circumstance due to the Iraqi and Afghastan wars is not for me to say. However, he does have continueous nightmares regarding those wars.

Respectfully yours,

Harold Potter

Steven E. Kipfer
1229 W. Bullard Ave
Unit #153
Fresno, Ca. 93711

The Honorable Judge Hayes
United States District Judge
c/o Ricardo Nicol III,
Attorney at Law
1633 East 4th Street, Suite 102
Santa Ana, Ca. 92701

To Whom It May Concern:

My name is Steven Kipfer and I am a retired aerospace employee. Brandon's parents and I were once coworkers and remain good friends to this day.

I have known Brandon since he was ten years old and was, at one time, his sixth grade Sunday school teacher. It was during that time that I came to know Brandon as a young boy who was caring for others, a person of character and a person of faith.

During his time of deployment in Iraq, his mother copied me on some of his correspondence. I found his letters to very insightful and, again, very caring for the people he was serving as a U.S. Navy corpsman. I could see from his comments that he was still the same concerned and loving person I had known when he was a young boy.

I believe Brandon to still be a person of character and a person of value. He has much to offer as a human being and I believe that he has more to contribute to society.

I don't know what the future may hold for Brandon, but I do believe that he remains a person of faith and that God will use him where ever he may be.

Sincerely,

Steven E. Kipfer

The Honorable Judge Hayes, United States District Judge

Anna K. Anderson
328 E. North Ave
East Palestine, Oh. 44413

Ricardo Nicol III
Dear Sir,

I am an 89 yr. old retired widow with two adult children, 3 grandchildren and 6 great grandchildren. I realize what a difficult age we live in.

Outside of being with his family and attending Church, I didn't see Brandon often. I know he is a very friendly young man, well mannered and so proud of his position in the Military Service. Brandon is loved by his family and friends. Anything that I have heard about Brandon has been positive. He is a loving son and devoted brother.

When this case is over, Brandon would be a productive member of society. I do believe that what happened in Brandon's case was poor judgement on his part. Being with a group of his peers he was not acting appropriately and when he realized his mistake it was too late. It breaks my heart when these incidents happen in a young person's life.

2

It is my opinion that Brandon would never act so poorly again. I truly believe that he is a fine Christian person. He has surely asked our heavenly Father for forgiveness and a second chance at life.

Thank you for letting me express myself in this way. With the best of up bringing we never know when one of our loved ones will go astray. My God keep Brandon in his loving care. May God guide you and others when deciding Brandon's case.

Very sincerely
Anna K. Anderson

The Honorable Judge Hayes United States District Judge

I am Louise Nicholson, Brandon Schroth's aunt on his mother's side.

I've known Brandon since he was born and have always been treated with dignity and respect by him.

I think he is a caring person who just wanted to help people otherwise he wouldn't have chosen to be a physicians assisstant. I think the world of him for all his hard work and dedication. He has good relationships with friends and family.

I feel he is a productive member of society and has a strong and good moral character.

In conversations with my nephew he has a strong faith in God which will help him reflect and grow to be an even better peson.

The shame and grief over the situation will provide him with more opportunities to change and grow into a more God fearing person.

Futhermore, I would like you to know this is completely out of his character.

Sincerely,
Louise Nicholson

To the Honorable Judge Hayes     June 10, 2013

I am writing this letter on behalf of my nephew Brandon Schroth. Bright, productive are words that describe Brandon. He has always been a hard worker as you can see by his military career. He worked very hard to become a NAVAL officer and a physician's assistant. Hopefully his service to his country will be at the top level of consideration before you sentence him. He has never been in trouble before. He comes from a good home & family that love him. Brandon is a member of Grace Lutheran, our Church Pastor writes and our Church supports him. I am hoping Brandon's military & medicine will be put to good use instead of wasting a good person's life. We have to wonder & keep our hopes & faith that you can help him to a better life & make just & fair decision

Thank you,
Gloria Johnson